No. 02–267. MORGAN v. ROBINSON, CHIEF PROBATION OFFI-CER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–273. SPRINT CORP., DBA SPRINT SPECTRUM L. P., ET AL. v. GAGNON. C. A. 8th Cir. Certiorari denied.

No. 02–279. SAKS FIFTH AVENUE ET AL. v. CASHMERE & CAMEL HAIR MANUFACTURERS INSTITUTE ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–291. SUMMIT FINANCIAL HOLDINGS, LTD. v. CONTI-NENTAL LAWYERS TITLE CO. Sup. Ct. Cal. Certiorari denied.

No. 02–292. OULTON ET UX. v. WYNDHAM FOUNDATION, INC. Cir. Ct. Henrico County, Va. Certiorari denied.

No. 02–293. WILHELM v. BOGGS, DEPUTY SHERIFF, MAHONING COUNTY, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–298. CARMENA ET AL. v. GEORGIA-PACIFIC CORP. C. A. 5th Cir. Certiorari denied.

No. 02–302. BALLON v. ZONING HEARING BOARD OF THE BOR-OUGH OF WEST VIEW. Commw. Ct. Pa. Certiorari denied.

No. 02–307. WEDDELL v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 02–308. MARINO v. KENOFF & MACHTINGER. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–310. JACOBAZZI v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–314. GRAY v. GENLYTE THOMAS GROUP, LLC. C. A. 1st Cir. Certiorari denied.

No. 02–317. DUBIN ET AL. v. BANK OF HAWAII ET AL.; and DUBIN ET AL. v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.